# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE:<br>    RICHARD M. SHOVE &<br>    KATHLEEN E. SHOVE,<br>                    Debtors | CHAPTER 7<br>CASE #17-31052-EDK |

## NOTICE OF RESCHEDULED
## 341 MEETING OF CREDITORS

The 341 Meeting of Creditors scheduled for January 22, 2018 @ 9:30 a.m. has been RESCHEDULED to **JANUARY 29, 2018 @ 9:30 A.M.** at Berkshire County Court House, Rm 3, 76 East Street, Pittsfield, MA 01201.

Dated: January 18, 2018

/s/  Jack E. Houghton, Jr.
Jack E. Houghton, Jr., Esq.
Chapter 7 Trustee
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
BBO #241040
JHoughtonJr@aol.com

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>   RICHARD M. SHOVE &<br>   KATHLEEN E. SHOVE,<br>                   Debtors | CHAPTER 7<br>CASE #17-31052-EDK |

### CERTIFICATE OF SERVICE

I, Jack E. Houghton, Jr., Chapter 7 Trustee in the above mentioned Chapter 7 hereby certify that I have, this day, sent a copy of Notice of Rescheduled 341 Meeting of Creditors by electronic filing and/or first class mail, postage prepaid, to the following as well as those listed on the attached Service List:

United States Trustee's Office
446 Main Street, 14th Floor
Worcester, MA 01608

Debtors:
Richard M. Shove &
Kathleen E. Shove
5 Crystal Ave
Lenox, MA 01240

Kathleen E. Shove
Richard M. Shove
PO Box 392
Lenox, MA 01240

Attorney For The Debtor:
Carrie Naatz, Esq.
1434 Memorial Ave
Suite 203
West Springfield, MA 01089-3536

January 18, 2018

/s/ Jack E. Houghton, Jr.
Jack E. Houghton, Jr.
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7835
BBO #241040
JHoughtonJr@aol.com

Case Number: 17-31052

Action Collection Agencies, Inc.
16 Commerce Boulevard
Unit #4
Middleboro, MA 02346-1085

Advanced Berkshire Medical Imaging
2527 Cranberry Highway
Wareham, MA 02571-1046

The Allen Daniel Associates, Inc.
159 Overland Rd
Suite 406
Waltham, MA 02451-1703

American Express
PO Box 1270
Newark, NJ 07101-1270

Amex
P O Box 7871
Fort Lauderdale, FL 33329

Arnold Marcus Trustee, NRSM
Nominee Trust
238 Western Ave.
Sherborn, MA 01770-1016

BU Orthopaedic Surgical Assoc
PO Box 414145
Boston, MA 02241-4145

Bank Of America
Nc4-105-03-14
P.O. Box 26012
Greensboro, NC 27420-6012

Bank of America
400 Christiana Road
Newark, DE 19702-3208

Bayview Loan Servicing, LLC
4425 Ponce De Leon Boulevard
Coral Gables, FL 33146-1837

Berkshire Bank
Attn: Bankruptcy
P.O. Box 1308
Pittsfield, MA 01202-1308

Berkshire Bank
PO Box 1308
Pittsfield, MA 01202-1308

Berkshire Faculty Services
PO Box 4999
Pittsfield, MA 01202-4999

Berkshire Health Systems Billing
PO Box 4999
Pittsfield, MA 01202-4999

Boston Emerg Physicians Foundation
PO Box 808
Grand Rapids, MI 49518-0808

Boston University General Surgical
PO Box 3337
Boston, MA 02241-3337

CACH LLC
4340 S. Monaco
2nd Floor
Denver, CO 80237-3485

Caliber Home Loans, In
P.O. Box 24610
Oklahoma City, OK 73124-0610

Carter Business Service, Inc.
150A Andover Street
Suite 12A
Danvers, MA 01923-5305

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Card Services
Attn: Correspondence
P.O. Box 15278
Wilmington, DE 19850-5278

Chase Mtg
10790 Rancho Bernardo Rd
San Diego, CA 92127-5705

Chase Mtg
P.O. Box 24696
Columbus, OH 43224-0696

Citibank Sears
Attn:Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

City of Pittsfield
70 Allen St #112
Pittsfield, MA 01201-6244

Collection
1 Clarks Hl Ste 302
Framingham, MA 01702-8172

Collection
194 Boston Post Rd
East Lyme, CT 06333-1613

Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108-1518

Credit Management, LP
PO Box 118288
Carrollton, TX 75011-8288

Credit One Bank NA
P.O. Box 98873
Las Vegas, NV 89193-8873

Credit One Bank NA
P.O. Box 98875
Las Vegas, NV 89193-8875

Crown Acceptance Corporation
930 Bedford Street
Abington, MA 02351-1201

Cynthia A. Spinola
82 Wendell Ave.
Pittsfield, MA 01201-7066

Daley & Sons Trucking Inc
PO Box 546
Lee, MA 01238-0546

Dept Of Ed Navient
Claims Dept
P.O. Box 9400
Wilkes Barre, PA 18773-9400

Ditech
Attn: Bankruptcy
P.O. Box 6172
Rapid City, SD 57709-6172

Ditech Financial LLC
Bankruptcy Dept
PO Box 6154
Rapid City, SD 57709-6154

Eversouce Bankruptcy Notice
PO Box 270
Hartford, CT 06141-0270

Eversource
PO Box 2899
Hartford, CT  06101

Fayfinancial
939 W North Ave
Chicago, IL 60642-7138

FIRST HORIZON HOME LOAN
6363 N STATE HWY 161
SUITE 300
IRVING TX 75038-2231

Frank Consolati Insurance Agency
PO Box 286
Lee, MA 01238-0286

Guaetta and Benson, LLC
229 Billerica Rd.
Chelmsford, MA 01824-3631

Hashim & Spinola
82 Wendell Ave
Pittsfield, MA 01201-6332

I.C. System, Inc.
444 East Highway 96 East
St. Paul, MN 55127-2557

IL D & A Services LLC
1400 E Touhy Ave., Ste G2
Des Plaines, IL 60018-3338

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J.A. Cambece Law Office. P.C.
200 Cummings Center
Suite 173D
Beverly, MA 01915-6190

Jose R. Hernandez
PO Box 984
Pittsfield, MA 01202-0984

Keybank NA
4910 Tiedman Road
Brooklyn, OH 44144-2338

Keybank, NA
PO Box 5788
Cleveland, OH 44101-0788

Lee Bank
75 Park St
Lee, MA 01238-1726

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

Muncie City Court
300 N High St
Muncie, IN 47305-1639

NRA Group, LLC
d/b/a National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111-1036

National Recovery Agency
2491 Paxton St
Harrisburg, PA 17111-1036

NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Nationstar Mortgage LLC
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Navient
Attn: Bankruptcy
P.O. Box 9500
Wilkes-Barr, PA 18773-9500

Nick Della Rocco
17524 Ospre Glenn Dr.
Orlando, FL 32820-2262

Northern Nurseries
PO Box 1259
Enfield, CT 06083-1259

ONLINE Information Services, Inc.
d/b/a ONL
685 W. Firetower Road
Winterville, NC 28590-9232

Ocwen Loan Servicing, LLC
1661 Worthington Road
W. Palm Beach, FL 33409-6493

Ocwen Loan Servicing, LLC
Attn: Research/Bankruptcy
1661 Worthington Rd Ste 100
West Palm Bch, FL 33409-6493

Online Collections
P.O. Box 1489
Winterville, NC 28590-1489

Peskin, Courchesne & Allen, P.C.
1391 Main St Suite 201
Springfield, MA 01103-1642

Peter Roberts & Associates
231 E Main St Suite 201
Milford, MA 01757-2821

Peter Roberts & Associates, Inc.
231 East Main Street
Milford, MA 01757-2821

Pioneer Credit Recovery, Inc.
197 SW Waterford Ct
Lake City, FL 32025-0711

Pioneer Credit Recovery, Inc.
26 Edward Street
Arcade, NY 14009-1012

Spectrum
75 Glen Rd Ste 110
Sandy Hook, CT 06482-1170

Square One Financial
CACH LLC
P.O. Box 5980
Denver, CO 80127

State Auto Insurance
PO Box 182738
Columbus, OH 43218-2738

Sunrise Credit Services, Inc.
5230 Washington Street
West Roxbury, MA 02132-6346

Surgi Care, Inc
PO Box 845352
Boston, MA 02284-5352

Time Warner
2629 Dickerson Pkwy
Carrollton, TX 75007-4458

Time Warner Bankruptcy Notice
3347 Platt Springs Rd.
West Columbia, SC 29170-2203

Town of Lenox
Collector of Taxes
Lenox, MA 01240

UConn Health Center Anesthesiology
PO Box 1688
Hartford, CT 06144-1688

University Physicians
PO Box 660
Hartford, CT 06142-0660

Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304-2225

Wells Fargo Business Direct
PO Box 348750
Sacramento, CA 95834-8750