# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
|    RICHARD M. SHOVE & ) | CHAPTER 7 |
|    KATHLEEN E. SHOVE, ) | CASE #17-31052-EDK |
|                        Debtors ) | |

## NOTICE OF TRUSTEE'S REQUEST
## FOR AUTHORITY TO ABANDON REAL PROPERTY
## (51-53 ORCHARD STREET, PITTSFIELD, MA)

To: The Office of the U.S. Trustee and all parties of interest:

    1. Notice is hereby given that Jack E. Houghton, Jr., the duly appointed, Chapter 7 Trustee in the above captioned bankruptcy case ("Trustee"), pursuant to 11 U.S.C. Sec. 554 seeks authority to abandon certain real property of this bankruptcy estate.

    2. The property is located at 51-53 Orchard Street, Pittsfield, Massachusetts ("Property").

    3. That in support of the abandonment, the Trustee represents:

(a)     Upon information and belief, this Property has no equity which is beneficial to the estate.

(b)     Upon information and belief, Ocwen Loan Servicing, LLC is the servicer of a first mortgage on the Property held by Wells Fargo Bank, NA, successor by merger to Wells Fargo Bank Minnesota, N.A., as Trustee f/k/a Northwest Bank Minnesota, N.A., as Trustee for Delta Funding Home Equity Loan Trust 1998-1. The payoff of the first mortgage exceeds $93,000.

(c)     The Debtors opined in their Bankruptcy Schedules that the Property had a fair market value of $77,700.00.

(d)     The Property is not the Debtors' residence.

(e)     The Trustee has examined the exterior of the Property and found it to be in a deplorable condition making it a liability to the estate, and with a fair market value well below the first mortgage payoff.

Dated: February 13, 2018 /s/   Jack E. Houghton, Jr.
Jack E. Houghton, Jr., Esq.
Chapter 7 Trustee
78 Bartlett Avenue
Pittsfield, MA 01201
(413) 447-7385
BBO #241040
JHoughtonJr@aol.com

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS

)
IN RE:                                     )
    RICHARD M. SHOVE &   )   CHAPTER 7
    KATHLEEN E. SHOVE,   )   CASE #17-31052-EDK
                      Debtors )
)

## CERTIFICATE OF SERVICE

I, Jack E. Houghton, Jr., Chapter 7 Trustee in the above mentioned Chapter 7 hereby certify that I have, this day, sent a copy of Notice Of Trustee' Request For Authority To Abandon Real Property (51-53 Orchard Street, Pittsfield, MA) by electronic filing and/or by first class mail, postage prepaid, to the following as well as those listed on the attached Service List:

Office of the U.S. Trustee  
446 Main Street  
14th Floor  
Worcester, MA  01608

Orlans PC  
PO Box 540540  
Waltham, MA 02454  
Attn: Stephanie E. Babin, Esq.

Debtors:  
Richard M. Shove &  
Kathleen E. Shove  
P.O. Box 392  
Lenox, MA 01240

Attorney for the Debtor:  
Carrie Naatz, Esq.  
1012 Memorial Avenue  
West Springfield, MA 01089

Dated: February 13, 2018

  /s/ Jack E. Houghton, Jr.  
Jack E. Houghton, Jr., Trustee  
78 Bartlett Avenue  
Pittsfield, MA  01201  
(413) 447-7385  
JhoughtonJr@aol.com