United States Bankruptcy Court
District of Massachusetts

In re:  
Richard M. Shove  
Kathleen E. Shove  
    Debtors

Case No. 17-31052-edk  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-3     User: agodere     Page 1 of 1     Date Rcvd: Feb 13, 2018  
                     Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.  
db/jdb        Richard M. Shove,    Kathleen E. Shove,    PO Box 392,    Lenox, MA   01240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:  
         Carrie Naatz    on behalf of Joint Debtor Kathleen E. Shove NaatzLaw@comcast.net, service@naatzlaw.com,court@naatzlaw.com  
         Carrie Naatz    on behalf of Debtor Richard M. Shove NaatzLaw@comcast.net, service@naatzlaw.com, court@naatzlaw.com  
         Jack E. Houghton     jhoughtonjr@aol.com, ma05@ecfcbis.com  
         Joseph Dolben    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA1 jdolben@mlg-defaultlaw.com, yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com  
         Kenneth P. Ferris    on behalf of Creditor Jose Hernandez kferris2@verizon.net  
         Marcus Pratt    on behalf of Creditor    Wells Fargo Bank, National Association bankruptcy@KORDEASSOC.COM  
         Richard King     USTPRegion01.WO.ECF@USDOJ.GOV  
         Stephanie E. Babin    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI sbabin@orlans.com, ANHSOM@4stechnologies.com;bankruptcyNE@orlans.com;sbabinECF@gmail.com  
                                                                                                                      TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

In re:  
Richard M. Shove  
Fdba Ricks Complete Lawn Care  
Kathleen E Shove  

    Debtors  
_____/

Chapter 7  
Case No.: 17-31052

**<u>ORDER RE:  THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA1 RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362</u>**

    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA1 ("Movant"), by and through its attorneys, Marinosci Law Group, P.C., having filed for Relief From Stay regarding real property known and numbered as 12 Crystal St., Lenox Dale, MA 01242, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Movant for Relief From Stay is allowed and Movant is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage and applicable state and federal law and to commence a summary process action against occupants of that property.  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

    At _____ this _____ day of _____, 2018.

_____ 02/13/2018  
U.S. BANKRUPTCY JUDGE