United States Bankruptcy Court
District of Massachusetts

In re:
Richard M. Shove
Kathleen E. Shove
        Debtors

Case No. 17-31052-edk
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-3     User: cml     Page 1 of 1     Date Rcvd: Feb 21, 2018
                   Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
db/jdb         Richard M. Shove,    Kathleen E. Shove,    PO Box 392,    Lenox, MA   01240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:
         Carrie Naatz    on behalf of Joint Debtor Kathleen E. Shove NaatzLaw@comcast.net, service@naatzlaw.com,court@naatzlaw.com
         Carrie Naatz    on behalf of Debtor Richard M. Shove NaatzLaw@comcast.net, service@naatzlaw.com, court@naatzlaw.com
         Jack E. Houghton     jhoughtonjr@aol.com, ma05@ecfcbis.com
         Jack E. Houghton, Jr.    on behalf of Trustee Jack E. Houghton JHoughtonJr@aol.com, r51235@notify.bestcase.com
         Joseph Dolben    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA1 jdolben@mlg-defaultlaw.com, yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com
         Kenneth P. Ferris    on behalf of Creditor Jose  Hernandez kferris2@verizon.net
         Marcus Pratt    on behalf of Creditor    Wells Fargo Bank, National Association bankruptcy@KORDEASSOC.COM
         Richard King     USTPRegion01.WO.ECF@USDOJ.GOV
         Stephanie E. Babin    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI sbabin@orlans.com, ANHSOM@4stechnologies.com;bankruptcyNE@orlans.com;sbabinECF@gmail.com
                                                                                                                                      TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS (Springfield)

| In Re:<br>Richard M. Shove fdba Ricks Complete Lawn Care and Kathleen E. Shove | Case Number 17-31052<br>Chapter 7 |
|---|---|

**ORDER ON THE MOTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DELTA FUNDING HOME EQUITY LOAN TRUST 1998-1 AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

At Springfield in said District, on the _____ day of _____, 2018, on the Motion of Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota, National Association, as Trustee for Delta Funding Home Equity Loan Trust 1998-1 and/or its successors and assigns ("Secured Creditor") after notice to all parties on the Secured Creditor's Certificate of Service, it is hereby

ORDERED AND DECREED:

1. Secured Creditor is granted Relief from the Automatic Stay imposed pursuant to 11 U.S.C. § 362(a) on the filing of the Petition for Relief.

2. Secured Creditor and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *51-53 Orchard Street a/k/a 51 Orchard Street, Pittsfield, MA 01201*, which mortgage is dated February 26, 1998 and recorded in Berkshire County (Middle District) Registry of Deeds in Book 1592, Page 1104 (the "Mortgage").  A copy of such mortgage was attached to the Motion for Relief at issue. Further, Secured Creditor is authorized to proceed with its eviction rights in accordance within applicable law with respect to such Property should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

3. Secured Creditor and/or its successors, assigns, and servicer may, at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement.  Secured Creditor may contact the Debtor(s) via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

4. The provisions of Fed. R. Bankr. P. 4001(a)(3) HAVE NOT been waived.

_____    02/21/2018
Honorable Judge Katz
United States Bankruptcy Judge

16-026374 / BK01