United States Bankruptcy Court
District of Massachusetts

In re:  
Richard M. Shove  
Kathleen E. Shove  
    Debtors

Case No. 17-31052-edk  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-3    User: agodere    Page 1 of 1    Date Rcvd: Mar 23, 2018  
                    Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.  
db/jdb        Richard M. Shove,    Kathleen E. Shove,    PO Box 392,    Lenox, MA 01240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
         Carrie Naatz   on behalf of Debtor Richard M. Shove NaatzLaw@comcast.net, service@naatzlaw.com, court@naatzlaw.com;naatzcr75135@notify.bestcase.com  
         Carrie Naatz   on behalf of Joint Debtor Kathleen E. Shove NaatzLaw@comcast.net, service@naatzlaw.com,court@naatzlaw.com;naatzcr75135@notify.bestcase.com  
         Jack E. Houghton   jhoughtonjr@aol.com,  ma05@ecfcbis.com  
         Jack E. Houghton, Jr.   on behalf of Trustee Jack E. Houghton JHoughtonJr@aol.com, r51235@notify.bestcase.com  
         Joseph Dolben   on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA1 jdolben@mlg-defaultlaw.com,  yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com  
         Joseph J. Lange   on behalf of Creditor   Witman Properties, Inc. jlange@lyonfitzpatrick.com, kguerin@lyonfitzpatrick.com;jlange@lyonfitzpatrick.com;G10951@notify.cincompass.com  
         Kenneth P. Ferris   on behalf of Creditor Jose  Hernandez kferris2@verizon.net  
         Marcus Pratt   on behalf of Creditor   Wells Fargo Bank, National Association bankruptcy@KORDEASSOC.COM  
         Richard King   USTPRegion01.WO.ECF@USDOJ.GOV  
         Stephanie E. Babin   on behalf of Creditor   DiTech Financial LLC sbabin@orlans.com, ANHSOM@4stechnologies.com;bankruptcyNE@orlans.com;sbabinECF@gmail.com  
         Stephanie E. Babin   on behalf of Creditor   Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI sbabin@orlans.com, ANHSOM@4stechnologies.com;bankruptcyNE@orlans.com;sbabinECF@gmail.com  
                                                               TOTAL: 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

RICHARD M. SHOVE and
KATHLEEN E. SHOVE

Debtors

Chapter 7
Case No.: 17-31052-EDK

ORDER GRANTING MOTION FOR RELIEF
NUNC PRO TUNC TO DECEMBER 15, 2017

The foregoing motion having been duly noticed and heard by this Court, it is hereby ORDERED that:

The automatic stay provision of 11 U.S.C. § 362(a) be modified as to Witman Properties, Inc. ("Receiver"), Court-Appointed Receiver of 524 Walker Street, Lenox Dale, MA, and/or its successors and assigns for the purposes of allowing said Receiver to continue to manage and maintain the property located at **524 Walker Street, Lenox Dale (Lenox), MA,** ("Property") and continue work on the Property as ordered by the Western Division of the Housing Court of the Commonwealth of Massachusetts ("Housing Court") in accordance with applicable state law to bring the Property in compliance with the State Sanitary Code. Pursuant to the Housing Court's Order, the Receiver may obtain a priority lien under M.G.L. c. 111, § 127I. Said lien may be enforced by foreclosure of the Property as ordered by the Housing Court.

Further, Receiver may petition the Housing Court with a request for reasonable attorney's fees and costs in connection with this Motion for Relief from Stay. In the event the Debtors receive a discharge, such fees and costs shall be non-recourse against the Debtor.

Further, this order is nunc pro tunc to December 15, 2017 as it pertains to the Receiver, Town of Lenox, Attorney General for the Commonwealth of Massachusetts and the Western Division of the Housing Court, Commonwealth of Massachusetts.

BY THE COURT

Dated: _____

*[signature]* 03/23/2018
Honorable Elizabeth D. Katz
U.S. Bankruptcy Judge

U:\WP80\W\Witman Properties, Inc\524 WalkerSt.Lenox\Bankruptcy\18-03-05 - Proposed Order to Receiver's MFRFS.docx