UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Richard M. Shove and Kathleen E. Shove, Debtor | Chapter: 7 Case No: 17–31052 Judge Elizabeth D. Katz |

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **5/10/18 at 10:00 AM** before the Honorable Judge Elizabeth D. Katz, United States Courthouse, 300 State Street, Berkshire Courtroom, Third Floor, Springfield, MA 01105–2925 to consider the following:

> [97] Motion of Debtors to Strike Creditor's Memorandum in Support of Opposition to Debtor's Motion to Avoid Judicial Lien and Affidavit of Cynthia Spinola, Esq.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013–1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071–1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:4/26/18

By the Court,

Stephen Reynolds
Deputy Clerk
413–785–6909

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.

qUNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

```
_____
In re:                                 ]
        Richard M. Shove               ]
        & Kathleen E. Shove,           ]              Chapter 7
                    Debtors            ]              Case No. 17-31052
_____]
```

## CERTIFICATE and AFFIDAVIT OF SERVICE

I, Carrie Naatz, certify that on this day I electronically filed the enclosed NOTICE OF NONEVIDENTIARY HEARING with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System and thereby served the foregoing document on the following CM/ECF participants:

Stephanie E. Babin on behalf of Creditor Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI

Stephanie E. Babin on behalf of Creditor DiTech Financial LLC

Joseph Dolben on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA1

Kenneth P. Ferris on behalf of Creditor Jose Hernandez

Jack E. Houghton

Jack E. Houghton, Jr. on behalf of Trustee Jack E. Houghton

Richard King

Joseph J. Lange on behalf of Creditor Witman Properties, Inc.

Marcus Pratt on behalf of Creditor Wells Fargo Bank, National Association

I further certify that I have this date served a copy of same by first-class mail, postage prepaid, on the following non-CM/ECF participant:

Richard M. Shove
Kathleen E. Shove
PO Box 392
Lenox, MA 01240

Jose R. Hernandez
PO Box 984
Pittsfield, MA 01201

Dated: April 27, 2018                    /s/ Carrie Naatz_____
                                         Carrie Naatz, BBO # 651728
                                         1111 Elm Street, #28
                                         West Springfield, MA 01089
                                         (413) 336-8300 Tel
                                         (413) 424-3292 Fax
                                         Office@NaatzLaw.com