UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

IN RE:

Kathleen E. Shove, and Richard M. Shove,

Debtors.

Case No. 17-31052-EDK
Chapter 7

### Order Granting U.S. Bank National Association, As Trustee For Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1 Relief From The Automatic Stay and Leave to Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objection having been filed after proper notice, it is hereby ordered that U.S. Bank National Association, As Trustee For Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1, its Successors and/or Assigns, Motion for Relief From Automatic Stay is hereby granted and the stay imposed by 11 U.S.C. §362 is hereby terminated and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Kathleen E. Shove and Richard M. Shove to Mortgage Electronic Registration Systems, Inc. as nominee for First Magnus Financial Corporation dated October 13, 2004. Said mortgage is recorded in the Berkshire County (Middle District) Registry of Deeds at Book 3073, Page 113 and covering the premises located at 8 Crystal Street, Lenox Dale, MA 01242.  U.S. Bank National Association, As Trustee For Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1, its Successors and/or Assigns, may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion.

07/13/2018

Honorable Elizabeth D. Katz
United States Bankruptcy Judge

17-31052-EDK



1