United States Bankruptcy Court
District of Massachusetts

In re:                                                                     Case No. 17-31052-edk
Richard M. Shove                                                            Chapter 7
Kathleen E. Shove
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0101-3          User: agodere             Page 1 of 1              Date Rcvd: Jul 13, 2018
                              Form ID: pdf012           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2018.
db/jdb         Richard M. Shove,    Kathleen E. Shove,    PO Box 392,    Lenox, MA   01240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:
              Carrie  Naatz    on behalf of Debtor Richard M. Shove NaatzLaw@comcast.net,    service@naatzlaw.com,
               court@naatzlaw.com;naatzcr75135@notify.bestcase.com
              Carrie  Naatz    on behalf of Joint Debtor Kathleen E. Shove NaatzLaw@comcast.net,
               service@naatzlaw.com,court@naatzlaw.com;naatzcr75135@notify.bestcase.com
              Carrie  Naatz    on behalf of Defendant Richard M. Shove NaatzLaw@comcast.net,
               service@naatzlaw.com,court@naatzlaw.com;naatzcr75135@notify.bestcase.com
              Carrie  Naatz    on behalf of Defendant Kathleen E. Shove NaatzLaw@comcast.net,
               service@naatzlaw.com,court@naatzlaw.com;naatzcr75135@notify.bestcase.com
              Jack E. Houghton     jhoughtonjr@aol.com,   ma05@ecfcbis.com
              Jack E. Houghton, Jr.    on behalf of Trustee Jack E. Houghton JHoughtonJr@aol.com,
               r51235@notify.bestcase.com
              Joseph  Dolben    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA1
               jdolben@mlg-defaultlaw.com,   yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com
              Joseph J. Lange    on behalf of Creditor   Witman Properties, Inc. jlange@lyonfitzpatrick.com,
               kguerin@lyonfitzpatrick.com;jlange@lyonfitzpatrick.com;G10951@notify.cincompass.com
              Joshua  Ryan-Polczinski    on behalf of Creditor    U.S. Bank National Association, As Trustee For
               Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1
               mabk@harmonlaw.com,    jryan@ecf.courtdrive.com
              Kenneth P. Ferris    on behalf of Creditor Jose  Hernandez kferris2@verizon.net
              Kenneth P. Ferris    on behalf of Plaintiff Jose R Hernandez kferris2@verizon.net
              Marcus  Pratt    on behalf of Creditor    Wells Fargo Bank, National Association
               bankruptcy@KORDEASSOC.COM
              Richard  King     USTPRegion01.WO.ECF@USDOJ.GOV
              Richard T. Mulligan    on behalf of Creditor    U.S. Bank National Association, As Trustee For
               Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1
               mabk@harmonlaw.com,   rmulligan@ecf.courtdrive.com
              Stephanie E. Babin    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI sbabin@orlans.com,
               ANHSOM@4stechnologies.com;bankruptcyNE@orlans.com;sbabinECF@gmail.com
              Stephanie E. Babin    on behalf of Creditor    DiTech Financial LLC sbabin@orlans.com,
               ANHSOM@4stechnologies.com;bankruptcyNE@orlans.com;sbabinECF@gmail.com
              Tatyana P. Tabachnik    on behalf of Creditor    DiTech Financial LLC bankruptcyNE@orlans.com,
               ttabachnik@orlans.com;ANHSOM@4stechnologies.com
              Tatyana P. Tabachnik    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
               but solely as trustee of NRZ Pass-Through Trust VI bankruptcyNE@orlans.com,
               ttabachnik@orlans.com;ANHSOM@4stechnologies.com
                                                                                                 TOTAL: 18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Kathleen E. Shove, and Richard M. Shove,<br><br>Debtors. | Case No. 17-31052-EDK<br>Chapter 7 |

### Order Granting U.S. Bank National Association, As Trustee For Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1 Relief From The Automatic Stay and Leave to Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objection having been filed after proper notice, it is hereby ordered that U.S. Bank National Association, As Trustee For Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1, its Successors and/or Assigns, Motion for Relief From Automatic Stay is hereby granted and the stay imposed by 11 U.S.C. §362 is hereby terminated and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Kathleen E. Shove and Richard M. Shove to Mortgage Electronic Registration Systems, Inc. as nominee for First Magnus Financial Corporation dated October 13, 2004. Said mortgage is recorded in the Berkshire County (Middle District) Registry of Deeds at Book 3073, Page 113 and covering the premises located at 8 Crystal Street, Lenox Dale, MA 01242. U.S. Bank National Association, As Trustee For Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1, its Successors and/or Assigns, may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion.

_Elizabeth D. Katz_    07/13/2018

Honorable Elizabeth D. Katz
United States Bankruptcy Judge

17-31052-EDK

1

