UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Richard M. Shove
*fdba* **Ricks Complete Lawn Care**
*fdba* **Ricks Complete Lawn Care**
Kathleen E. Shove

    Debtors
_____/

Chapter 7
Case No. 17-31052
Honorable Elizabeth D. Katz

## MOTION OF DITECH FINANCIAL LLC FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

Ditech Financial LLC, a secured lien holder in the above captioned Chapter 7 proceeding, moves this court for an order, pursuant to 11 U.S.C. §362(d) and Rule 4001 of the Rules of Bankruptcy Procedure, for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclose a mortgage which it holds on real property known and numbered as 30 Chestnut Street, Lee, MA 01238.  In support of its motion, Ditech Financial LLC states the following:

1.    On March 12, 2008, Richard Shove executed a note to Countrywide Bank, FSB in the original principal amount of $120,600.00 (the "Note"). The Note was subsequently endorsed in blank and transferred over to Movant (assignee).

2.    The Note is secured by a mortgage to Mortgage Electronic Registration Systems, Inc. dated March 12, 2008 and recorded with the Berkshire County Registry of Deeds at Book 4006, on Page 240 (the "Mortgage"). The Mortgage was subsequently assigned to Green Tree Servicing LLC by assignment of Mortgage dated June 14, 2013 and recorded with Berkshire County Registry of Deeds at Book 05211, Page 328. The Mortgage was subsequently transferred by merger to Ditech Financial LLC.  The Mortgage is a first mortgage on real property owned by the Debtors known and numbered as 30 Chestnut Street, Lee, MA 01238 (the "Property").

3. Ditech Financial LLC is the current holder of the Mortgage.

4. Ditech Financial LLC is the current holder of the Note.

5. Documentation provided is in support of right to seek a lift of stay and foreclosure if necessary.

6. On December 15, 2017, the Debtors filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

7. As of August 13, 2018, the Note and the Mortgage are in contractual default for the May 1, 2017 payment and all subsequent payments totaling approximately $15,058.40, plus reasonable attorney's fees and costs and other charges incurred.

8. According to Debtor's Statement of Intention, the Property will be surrendered.

9. There is no other collateral securing the obligation.

10. According to Schedule C, the Debtors are not claiming an exemption in the Property.

11. According to Schedule A, the fair market value of the Property is $151,600.00. Ditech Financial LLC estimates that the liquidation value of the Property is no greater than $142,504.00, which is the market value minus 6% for the cost of sale.

12. According to Schedule D, Jose R. Hernandez holds an additional lien on the Property in the amount of $33,630.00.

13. To the knowledge and belief of Ditech Financial LLC, there is no declaration of homestead recorded against the Property.

14. As of August 13, 2018, the total outstanding balance owed on the Note was $127,346.95.

15. As of August 13, 2018, the estimated amount of encumbrances on the Property is $160,976.95.

16.     Ditech Financial LLC is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because the Debtors have not made payments pursuant to the Note and Mortgage.

17.     Ditech Financial LLC is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(2) because the Debtors have no equity in the Property and the Property is not necessary for an effective reorganization.

WHEREFORE, Ditech Financial LLC moves that the court enter an order granting Ditech Financial LLC relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may exercise its rights pursuant to the Note and Mortgage in accordance with applicable state and federal law, and may commence a summary process action against occupants of the Property. Ditech Financial LLC moves that entry of the Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).

Ditech Financial LLC
By its attorneys,

Date: August 20, 2018

 /s/ Craig B. Rule
Craig B. Rule, Esq. 569123
Orlans PC
PO Box 5041
Troy, MI 48007
(248) 502-1400
Email: bankruptcyNE@orlans.com
File Number: 18-002510