UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

    Richard M. Shove
    & Kathleen E. Shove,
              Debtors

Chapter 7
Case No. 17-31052

08/29/2018 IN LIGHT OF THE CHAPTER 7 TRUSTEE'S REPLY FILED ON AUGUST 29, 2018 [DOCKET #128], THIS MOTION IS GRANTED. THE HEARING SET FOR AUGUST 30, 2018 IS CANCELED.

Elizabeth D. Katz

**DEBTOR'S MOTION TO COMPEL TRUSTEE'S
ABANDONMENT OF ESTATE PROPERTY AND
CONCLUDE MEETING OF CREDITORS**

NOW COMES the Debtors, Richard M. Shove and Kathleen E. Shove, and respectfully moves this Honorable Court to compel the Chapter 7 Trustee to abandon estate property and conclude the §341 Meeting of Creditors. In support of their motion, Debtors, state the following:

1. Debtor(s), Richard M. Shove and Kathleen E. Shove, commenced this case on December 15, 2017 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On December 18, 2017, Jack E. Houghton, Jr. was appointed as Chapter 7 Trustee of the Debtor's Bankruptcy Estate (the "Trustee").

3. Pursuant to 11 U.S.C. §541, the Property became property of the bankruptcy estate.

4. Listed on Schedule A/B of the Debtor's bankruptcy schedules are fully exempt or encumbered real and personal property. Real Property includes:
   a. 5 Crystal St., Lenoxdale, MA: Debtors principal residence
   b. 7 Crystal St., Lenoxdale, MA
   c. 8 Crystal St. Lenoxdale, MA Motion for Relief was Granted (See Docket # 123).
   d. 10 Crystal St., Lenoxdale, MA
   e. 12 Crystal St., Lenoxdale, MA - Motion for Relief was Granted (See Docket # 37).
   f. 30 Chestnut St., Lee, MA.
   g. 32-36 Adams St., Pittsfield, MA
   h. 51-53 Orchard St., Pittsfield, MA - Motion for Relief was Granted (See Docket # 41); and Trustee abandoned interest in property.
   i. 524 Walker St., Lenoxdale, MA - This property is currently in receivership. Motion for Relief was Granted (See Docket # 68); and Trustee abandoned interest in property.

   See Exhibit A for schedules.