UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:<br>Richard M. Shove<br>*fdba* **Ricks Complete Lawn Care**<br>*fdba* **Ricks Complete Lawn Care**<br>Kathleen E. Shove<br><br>        Debtors<br>_____/ | Chapter 7<br>Case No. 17-31052<br>Honorable Elizabeth D. Katz |

### ORDER RE: MOTION OF DITECH FINANCIAL LLC FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

Ditech Financial LLC, by and through its attorneys Orlans PC, having filed a Motion for Relief From Stay regarding Real Property known and numbered as 30 Chestnut Street, Lee, MA 01238, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Ditech Financial LLC for Relief From Stay is allowed and Ditech Financial LLC is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Berkshire County Registry of Deeds at Book 4006, on Page 240 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. ~~Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).~~ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

The provisions of Fed. R. Bankr. P. 4001(a)(3) HAVE NOT been waived.
    At _____ this _____ day of _____, 2018.

_____  09/07/2018
Honorable Elizabeth D. Katz
U.S. BANKRUPTCY JUDGE