UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

| | |
|---|---|
| Richard M. Shove | Chapter 7 |
| dba Ricks Complete Lawn Care | Case Number 17-31052 |
| Kathleen E. Shove | Honorable Elizabeth D. Katz |

    Debtors

_____/

**ORDER RE: MOTION OF CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST VI FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI, by and through its attorneys, Orlans PC having filed for Relief From Stay regarding real property known and numbered as 32 Adam Street, Pittsfield, MA 01201 notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI for Relief From Stay is allowed and Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage dated August 9, 1996 and recorded with the Berkshire County (Middle District) Registry of Deeds at Book 1526, Page 340 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. ~~Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).~~ This Order shall be binding and effective despite any

conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

The provisions of Fed. R. Bankr. P. 4001(a)(3) HAVE NOT been waived.

At _____ this _____ day of _____, 2018.

_____  10/31/2018
Honorable Elizabeth D. Katz
U.S. BANKRUPTCY JUDGE