**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Springfield)**

| | |
|---|---|
| In Re:<br>Richard M. Shove fdba Ricks Complete Lawn Care and<br>Kathleen E. Shove | Case Number 17-31052-EDK<br>Chapter 7 |

**ORDER ON THE MOTION OF DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

At Springfield in said District, on the _____ day of _____ , 2018, on the Motion of Ditech Financial LLC f/k/a Green Tree Servicing LLC and/or its successors and assigns ("Secured Creditor") after notice to all parties on the Secured Creditor's Certificate of Service, it is hereby

ORDERED AND DECREED:

1. Secured Creditor is granted Relief from the Automatic Stay imposed pursuant to 11 U.S.C. § 362(a) on the filing of the Petition for Relief, `subject to FRBP 4001(a)(3).`

2. Secured Creditor and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *7 Crystal Street, Lenoxdale, MA 01242*, which mortgage is dated February 27, 2006 and recorded in Berkshire County (Middle District) Registry of Deeds in Book 3466, Page 38 (the "Mortgage").  A copy of such mortgage was attached to the Motion for Relief at issue.  Further, Secured Creditor is authorized to proceed with its eviction rights in accordance within applicable law with respect to such Property should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

3. Secured Creditor and/or its successors, assigns, and servicer may, at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement.  Secured Creditor may contact the Debtors via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

*/s/ Elizabeth D. Katz*   11/19/2018
_____
Honorable Judge Katz
United States Bankruptcy Judge

18-033383 / BK01