United States Bankruptcy Court
District of Massachusetts

In re:
Richard M. Shove
Kathleen E. Shove
    Debtors

Case No. 17-31052-edk
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-3     User: agodere     Page 1 of 1     Date Rcvd: Nov 19, 2018
                 Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
db/jdb         Richard M. Shove,    Kathleen E. Shove,    PO Box 392,    Lenox, MA   01240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
            Carrie Naatz    on behalf of Debtor Richard M. Shove NaatzLaw@comcast.net,   service@naatzlaw.com, court@naatzlaw.com;naatzcr75135@notify.bestcase.com
            Carrie Naatz    on behalf of Joint Debtor Kathleen E. Shove NaatzLaw@comcast.net, service@naatzlaw.com,court@naatzlaw.com;naatzcr75135@notify.bestcase.com
            Carrie Naatz    on behalf of Defendant Richard M. Shove NaatzLaw@comcast.net, service@naatzlaw.com,court@naatzlaw.com;naatzcr75135@notify.bestcase.com
            Carrie Naatz    on behalf of Defendant Kathleen E. Shove NaatzLaw@comcast.net, service@naatzlaw.com,court@naatzlaw.com;naatzcr75135@notify.bestcase.com
            Craig B. Rule    on behalf of Creditor   Ditech Financial LLC bankruptcyNE@orlans.com, ANHSOM@4stechnologies.com
            Craig B. Rule    on behalf of Creditor   Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bankruptcyNE@orlans.com, ANHSOM@4stechnologies.com
            Jack E. Houghton     jhoughtonjr@aol.com,   ma05@ecfcbis.com
            Jack E. Houghton, Jr.    on behalf of Trustee Jack E. Houghton JHoughtonJr@aol.com, r51235@notify.bestcase.com
            Joseph Dolben    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA1 jdolben@mlg-defaultlaw.com,   yfrails@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com
            Joseph J. Lange    on behalf of Creditor    Witman Properties, Inc. jlange@lyonfitzpatrick.com, kguerin@lyonfitzpatrick.com;jlange@lyonfitzpatrick.com;G10951@notify.cincompass.com
            Joshua Ryan-Polczinski    on behalf of Creditor    U.S. Bank National Association, As Trustee For Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1 mabk@harmonlaw.com,   jryan@ecf.courtdrive.com
            Kenneth P. Ferris    on behalf of Creditor Jose   Hernandez kferris2@verizon.net
            Kenneth P. Ferris    on behalf of Plaintiff Jose R Hernandez kferris2@verizon.net
            Marcus Pratt    on behalf of Creditor   Wells Fargo Bank, National Association bankruptcy@KORDEASSOC.COM
            Richard King    USTPRegion01.WO.ECF@USDOJ.GOV
            Richard T. Mulligan    on behalf of Creditor    U.S. Bank National Association, As Trustee For Master Alternative Loan Trust 2005-1 Mortgage Pass-through Certificates, Series 2005-1 mabk@harmonlaw.com,   rmulligan@ecf.courtdrive.com
            Tatyana P. Tabachnik    on behalf of Creditor    DiTech Financial LLC bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com
            Tatyana P. Tabachnik    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com
            Tracy Kish    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC tkish@kordeassociates.com,   bankruptcy@kordeassoc.com
                                                                                                                                       TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Springfield)**

| In Re:<br>Richard M. Shove fdba Ricks Complete Lawn Care and<br>Kathleen E. Shove | Case Number 17-31052-EDK<br>Chapter 7 |
|---|---|

## ORDER ON THE MOTION OF DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY

At Springfield in said District, on the _____ day of _____ , 2018, on the Motion of Ditech Financial LLC f/k/a Green Tree Servicing LLC and/or its successors and assigns ("Secured Creditor") after notice to all parties on the Secured Creditor's Certificate of Service, it is hereby

ORDERED AND DECREED:
1. Secured Creditor is granted Relief from the Automatic Stay imposed pursuant to 11 U.S.C. § 362(a) on the filing of the Petition for Relief, `subject to FRBP 4001(a)(3).`

2. Secured Creditor and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *7 Crystal Street, Lenoxdale, MA 01242*, which mortgage is dated February 27, 2006 and recorded in Berkshire County (Middle District) Registry of Deeds in Book 3466, Page 38 (the "Mortgage"). A copy of such mortgage was attached to the Motion for Relief at issue. Further, Secured Creditor is authorized to proceed with its eviction rights in accordance within applicable law with respect to such Property should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

3. Secured Creditor and/or its successors, assigns, and servicer may, at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor may contact the Debtors via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

*[signed] Elizabeth D. Katz*   11/19/2018

_____
Honorable Judge Katz
United States Bankruptcy Judge

18-033383 / BK01